IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>     Plaintiff,<br><br>    v.<br>CHELTEN MARKET, INC., d/b/a CHELTEN MARKET,<br>and YOUNG KIM,<br><br>     Defendants. | Civil Action No. 2:19-cv-5381-JS |

## MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint in this matter, submits this Motion asking the Court to approve the proposed consent judgment attached as Exhibit A. Defendants have indicated their consent to entry of the Consent Judgment by their signatures on the proposed consent judgment.

WHEREFORE, the Secretary respectfully requests that the Court approve the proposed Consent Judgment.

November 18, 2019

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
170 S. Independence Mall West
Suite 630E, The Curtis Center
Philadelphia, PA 19106

(215) 861-5128(voice)
(215) 861-5162 (fax)

luby.andrea@dol.gov

Respectfully submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Kate S. O'Scannlain
Solicitor of Labor
Oscar L. Hampton III
Regional Solicitor
Adam Welsh
Counsel for Wage and Hour

/s/ Andrea Luby
Andrea Luby
Senior Trial Attorney

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Approve Consent Judgment was served by electronic mail upon counsel for Defendants at the following address:

Margaret S. Phiambolis
1012 Bethlehem Pike, Suite 103
P.O. Box 356
Spring House, PA 19477
margaret@phiambolislaw.com